## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

E.S., A.T., R.V., and D.W.,

      Plaintiffs,

v.

VNA and LAN,

      Defendants.

Hon. Judith E. Levy

Flint Water Cases Bellwether I

Case Nos.
5:17-cv-10164 (*Walters v. City of Flint, et al*) (consol.)
5:17-cv-11166 (*Gaddy v. City of Flint, et al*)

_____ /

## ORDER SEALING FILING AND ORDER TO RE-FILE
## [No. 17-10164 ECF 1041; No. 17-11166 ECF No. 108]

On December 20, 2202, the Court ordered that redacted versions of Plaintiffs' settlement agreements be filed on the docket. A redaction error was contained in R.V.'s filings. (Case No. 17-10164 ECF No. 1041; Case No. 17-11166 ECF No. 108.)

The Court orders that R.V.'s filing (Case No. 17-10164 ECF No. 1041; Case No. 17-11166 ECF No. 108) be sealed immediately.

The Court orders R.V.'s counsel to re-file a corrected and redacted document within the next three (3) business days.

IT IS SO ORDERED.

Dated: December 22, 2022          s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2022.

                          s/William Barkholz
                          WILLIAM BARKHOLZ
                          Case Manager

2